** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES FINCHER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 4:16-CV-122 |
| v. | § | |
| | § | JUDGE RON CLARK |
| SALUS HOME HEALTH | § | |
| SOLUTIONS, LLC, et al., | § | AFC |
| | § | |
| *Defendants.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

The Parties have filed their Joint Motion to Dismiss with Prejudice (DOC. # 15). The

Parties state that they have agreed that continuing the claims in this case is not in their respective

interest. The court has already approved the Parties' settlement as required under the FLSA.

(DOC. # 14). The court is of the opinion that it should grant the Parties' Motion.

IT IS THEREFORE ORDERED that the Parties' Joint Motion to Dismiss with Prejudice

(DOC. # 15) is GRANTED, this case is DISMISSED WITH PREJUDICE.

So **ORDERED** and **SIGNED** this **22** day of **June, 2016.**

_____
Ron Clark, United States District Judge